UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERRY ADAMS,

   Plaintiff,

                                        CASE NO.: 1:18-CV-03512-WMR

-vs-

PIONEER CREDIT RECOVERY, INC.,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Sherry Adams, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic mail on this 6th day of December, 2018 to: Kirsten H. Smith, Esquire, 3850 N. Causeway Blvd., Suite 200, Metairie, Lousiana 70002-7227 (ksmith@sessions.legal).

*/s/Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Georgia Bar #: 617963
Morgan & Morgan, Tampa, P.A.
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile:  (813) 223-5402
tgomez@forthepeople.com
fkerney@forthepeople.com
snazario@forthepeople.com
*Counsel for Plaintiff*